IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

KEITH D. BREWER                                                                  PETITIONER

V.                                                                                          NO. 2:09CV224-P-S

DIRECTOR OF THE STATE OF
MISSISSIPPI DEPARTMENT OF CORRECTIONS, et al.          RESPONDENTS

ORDER

The Petitioner's motion to submit evidence (docket entry 14) is GRANTED. The Petitioner is warned, however, that he should refrain from filing any other motions or amendments in this matter until the State has responded to the petition. Then the Petitioner may file a traverse to the State's response.

SO ORDERED this the 22nd day of February, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE